UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Susan McDonald

          Plaintiff(s),

    v.

United Airlines

          Defendant(s).

No. C 07 - 02626 EDL

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: 8/1/07

Signature: [signature]

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")