**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

Date: AUG 24 2007

**E-Filing**

C-07-2626-MMC

SUSAN MCDONALD v. UNITED AIRLINES

Attorneys: John Mocken     Kymberly Speer

Deputy Clerk: **TRACY LUCERO**     Reporter: NOT REPORTED

**PROCEEDINGS:**     **RULING:**

1. ___
2. ___
3. ___
4. ___

( ) Status Conference    ( ) P/T Conference    (✓) **Initial** Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing deadline is 5/16/08. Meet & confer by 6/30/08. Joint statement due by 5/2/08.

(✓) ORDER TO BE PREPARED BY: Plntf___ Deft___ Court ✓

(✓) Referred to Magistrate For: Settlement Conference before Mag. Chen
(✓) By Court (to be conducted in November 2007 - his calendar permitting)
(✓) CASE CONTINUED TO 5/9/08 @ 10:30 for Further Status Conference

Discovery Cut-Off  3/7/08          Expert Discovery Cut-Off  5/2/08
π/Δ Plntf to Name Experts by 3/28/08    π/Δ Rebuttal Deft to Name Experts by 4/11/08

P/T Conference Date 8/5/08 @ 3:00  Trial Date 8/18/08 @ 9:00  Set for 5 days
Type of Trial: (✓) Jury   ( ) Court
Notes: ___

cc: Chamber file; Wings; Betty