```
 1  DONALD S. HONIGMAN (SBN 106914)
    KYMBERLY E. SPEER (SBN 121703)
 2  KENNEY & MARKOWITZ L.L.P.
    255 California Street, Suite 1300
 3  San Francisco, CA  94111
    Telephone:    (415) 397-3100
 4  Facsimile:    (415) 397-3170
    Email: dhonigman@kennmark.com
 5         kspeer@kennmark.com

 6  Attorneys for Defendant
    UNITED AIRLINES, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN McDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC.<br><br>    Defendant. | CASE NO.  C-07-02626 MMC<br><br>**STIPULATION FOR DISMISSAL;**<br>**ORDER** |

The parties, through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, with each party to bear her/its own fees and costs. The parties have agreed on a settlement, the settlement has closed, and accordingly it is appropriate that the case be dismissed.

DATED: September 1/, 2007

KENNEY & MARKOWITZ L.L.P

By: /s/
DONALD S. HONIGMAN
KYMBERLY E. SPEER
Attorneys for Defendant
UNITED AIRLINES

1  DATED: September 19, 2007        THE CARTWRIGHT LAW FIRM, INC.

2                                    By: /s/ J.F. Morken
3                                    JOHN F. MORKEN
                                     ATTORNEYS FOR PLAINTIFF
4                                    SUSAN McDONALD

## ORDER

10   So Ordered.

12   Dated: October ___, 2007

     _____
     UNITED STATES DISTRICT COURT JUDGE

Kenney & Markowitz L.L.P.