1  DONALD S. HONIGMAN (SBN 106914)
   KYMBERLY E. SPEER (SBN 121703)
2  KENNEY & MARKOWITZ L.L.P.
   255 California Street, Suite 1300
3  San Francisco, CA 94111
   Telephone:  (415) 397-3100
4  Facsimile:  (415) 397-3170
   Email: dhonigman@kennmark.com
5         kspeer@kennmark.com

6  Attorneys for Defendant
   UNITED AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN McDONALD, | CASE NO. C-07-02626 MMC |
| Plaintiff, | **STIPULATION FOR DISMISSAL; ORDER** |
| v. | |
| UNITED AIRLINES, INC. | |
| Defendant. | |

The parties, through their attorneys of record, hereby stipulate to dismissal of this action with prejudice, with each party to bear her/its own fees and costs. The parties have agreed on a settlement, the settlement has closed, and accordingly it is appropriate that the case be dismissed.

DATED: September 17, 2007        KENNEY & MARKOWITZ L.L.P

By: _____
DONALD S. HONIGMAN
KYMBERLY E. SPEER
Attorneys for Defendant
UNITED AIRLINES

1  DATED: September 19, 2007          THE CARTWRIGHT LAW FIRM, INC.

2                                      By: _____
3                                          JOHN F. MORKEN
                                           ATTORNEYS FOR PLAINTIFF
4                                          SUSAN McDONALD

8                                      **ORDER**

10     So Ordered.

12    Dated: October 26, 2007          _____
                                        UNITED STATES DISTRICT COURT JUDGE

Kenney & Markowitz L.L.P.